STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUVENCIO GAMEZ CID, and<br>CRISTIAN ALVARADO,<br><br>    Defendants. | NO. CR-20-0450 (EMC)<br><br>[~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM JULY 21, 2021 THROUGH SEPTEMBER 16, 2021 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUVENCIO GAMEZ CID, and<br>JOSE ALFREDO VILLALOBOS CISNEROS,<br><br>    Defendants. | NO. CR-20-451 (EMC)<br><br>[~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM JULY 21, 2021 THROUGH SEPTEMBER 16, 2021 |

| | | |
|---|---|---|
| 1 | | ) |
| 2 | UNITED STATES OF AMERICA, | ) NO. CR-20-452 (EMC) |
| 3 | Plaintiff, | ) [PROPOSED] ORDER TO EXCLUDE TIME FROM<br>) JULY 21, 2021 THROUGH SEPTEMBER 16, 2021 |
| 4 | v. | ) |
| 5 | FRANCISCO RICARDO MIRANDA, and<br>URIEL SOTO | ) |
| 6 | Defendants. | ) |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RAUDEL MACIAS, and
BENITO MACIAS,

    Defendants.

Case No. CR21-026 (EMC)

[PROPOSED] ORDER TO EXCLUDE TIME FROM JULY 21, 2021 THROUGH SEPTEMBER 16, 2021

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TEO MAGANA-SANCHEZ,

    Defendant.

Case No. CR21-222 (EMC)

[PROPOSED] ORDER TO EXCLUDE TIME FROM JULY 21, 2021 THROUGH SEPTEMBER 16, 2021

The parties appeared for a status on July 21, 2021. The government reported that it has produced discovery to the defendants through the court-appointed discovery coordinator. Defense counsel stated that they continue to review the discovery and need more time to review discovery and to meet and confer with the discovery coordinator and the government on any discovery questions. The Court set the next status for September 16, 2021.

The parties agreed that time should be excluded for effective preparation of counsel. The Court agreed to exclude time for effective preparation of counsel.

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth on the record, and those stated above, and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from July 21, 2021 through September 16, 2021 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendants the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS HEREBY ORDERED THAT the time from July 21, 2021 through September 16, 2021 shall be excluded from computation under the Speedy Trial Act.

DATED: July 23, 2021

_____
HON. EDWARD M. CHEN
United States District Judge